UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 9, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　Case No. CR.S-08-0292-LKK
　　　　　　　　Plaintiff,　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　ORDER FOR RELEASE OF
　　　　　　　　　　　　　　　　　　　)　　　PERSON IN CUSTODY
GUADALUPE GUTIERREZ,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendant.　　　　　　)

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release GUADALUPE GUTIERREZ, Case No. CR.S-

08-0292-LKK from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

　　　____　　Release on Personal Recognizance

　　_X_　　Bail Posted in the Sum of: <u>All available equity in subject property up to $100,000.00.</u>

　　　　_X_　　Unsecured Appearance Bond (Interim)

　　　　_X_　　Appearance Bond with Surety

　　　　_X_　　(Other) <u>Conditions as stated on the record.</u>

　　　　_X_　　(Other) <u>The Defendant is ordered released forthwith on a co-signed $100,000 unsecured</u>

<u>bond pending the filing of the secured bond paperwork, which is due no later than 07/23/08.</u>

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __07/09/08__   at _2:56pm_

By _____
　　Edmund F. Brennan
　　United States Magistrate Judge