# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America<br>vs.<br>Guadalupe Gutierrez | Case No. 2:08CR0292 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Guadalupe Gutierrez_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition: You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-4-08           _____  2-17-09
Signature of Defendant          Date              Pretrial Services Officer         Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                    02/17/09
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    2/11/09
Signature of Defense Counsel                     Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _____2/17/09_____.
☐ The above modification of conditions of release is *not* ordered.

_____                    2/17/09
Signature of Judicial Officer                    Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services