UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Guadalupe Gutierrez      **Docket No. 2:08-CR-0292-LKK**

**COMES NOW** Rebecca A. Fidelman, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Guadalupe Gutierrez, who was placed on bond by the Honorable Edmund F. Brennan, sitting in the Court at Sacramento, California, on the 9th day of July, 2008, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 21:841(a)(1) and 846 - Conspiracy to Distribute Cocaine, and 21:841(a)(1) - Knowingly and Intentionally Conspire to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine

**BOND CONDITIONS:** On July 9, 2008, Mr. Gutierrez was released on a $100,000 collateral bond, with pretrial services supervision and special conditions of release. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has violated his conditions of release in that he submitted a positive test for Cocaine on April 24, 2009, and a diluted test on April 30, 2009. Mr. Gutierrez did not admit this drug use to pretrial services.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this Court's calendar on Tuesday, May 12, 2009, at 2:00 p.m., and order the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Rebecca A. Fidelman
Rebecca A. Fidelman
Pretrial Services Officer
DATE: May 7, 2009

## ORDER

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $____.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on **Tuesday, May 12, 2009** at **2:00 pm** and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this 7th day of May, 2009, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

4. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

10. You shall not associate or have any contact with the co-defendants in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

11. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

**Amended: February 17, 2009**