DANIEL M. DAVIS (SBN 065589)
Attorney at Law
816 Alhambra Boulevard
Sacramento, California 95816
Telephone: (916) 837-1933

Attorney for Defendant GUADALUPE GUTIERREZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-08-0292-LKK |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DEFENDANT'S PLACEMENT IN DRUG TREATMENT FACILITY** |
| v. | |
| GUADALUPE GUTIERREZ, | |
| Defendant. | |

It is hereby stipulated between the parties, Plaintiff United States of America, by and through Acting United States Attorney LAWRENCE G. BROWN and Assistant United States Attorney JASON HITT, and Defendant GUADALUPE GUTIERREZ, through his attorney DANIEL M. DAVIS, as follows:

It is agreed that the defendant GUADALUPE GUTIERREZ be released from custody of the United States Marshall's Office and the Sacramento County Jail and released to the custody of Pretrial Services at 8:30 a.m. on Friday, May 15, 2009. At

1

which time, or, as soon as practical thereafter, the defendant shall be placed at the The Effort Residential Program, 1550 Juliesse Avenue, Sacramento, CA and remain there until released by Pretrial Services.

It is further agreed that the defendant GUADALUPE GUTIERREZ be ordered to comply with the Special Conditions of Release, as amended, and as set out in the two page attachment herein.

Respectfully submitted,

Dated: May 14, 2009     /s/ JASON HITT
                        JASON HITT
                        Assistant U.S. Attorney

Dated: May 14, 2009     /s/ DANIEL M. DAVIS
                        DANIEL M. DAVIS
                        Attorney for GUADALUPE GUTIERREZ


THE FOREGOING IS SO ORDERED:

Dated: May 14, 2009     GREGORY G. HOLLOWS
                        GREGORY G. HOLLOWS
                        U.S. MAGISTRATE JUDGE


2

# SPECIAL CONDITIONS OF RELEASE

### RE: Gutierrez, Guadalupe
### Doc. No. 2:08-CR-0292-LKK

1.  You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2.  You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3.  You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

4.  **Upon successful completion of The Effort Residential Program you shall reside at a location approved by pretrial services, and you shall not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;**

5.  Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6.  You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7.  **You shall abstain from the use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;**

8.  **You shall participate in the substance abuse treatment program at The Effort, Inc., inpatient facility, and comply with all the rules and regulations of the program. You shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the pretrial services officer;**

    a.  **A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;**

9.     **Upon completion of the residential program, you shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;**

10.     You shall not associate or have any contact with the co-defendants in this case, unless in the presence of counsel or otherwise approved in advance by the pretrial services officer.

11.     **Upon completion of the residential program, you shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.**