UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 15, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)
GUADALUPE GUTIERREZ, )
)
Defendant. )

Case No. 2:08CR00292-LKK-4

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   GUADALUPE GUTIERREZ  , Case No.

2:08CR00292-LKK-4  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_    Release on Personal Recognizance

\_\_\_    Bail Posted in the Sum of $\_\_

\_\_\_    Unsecured Appearance Bond

\_\_\_    Appearance Bond with 10% Deposit

\_\_\_    Appearance Bond with Surety

\_\_\_    Corporate Surety Bail Bond

✔    (Other)        Placement in a drug treatment facility and Pretrial

Conditions.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  May 15, 2009  at _____.

By   /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court