```
HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
970 Reserve Drive, Suite 153
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net


Attorney for Defendant
GUADALUPE GUTIERREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. S-08-CR-292 |
| Plaintiff, ) | STIPULATION; ORDER |
| v. ) | Date: August 31, 2010 |
| ) | Time: 9:15 a.m. |
| GUADALUPE GUTIERREZ, ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |

    Defendant, GUADALUPE GUTIERREZ, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree as follows:

    It is hereby stipulated that the status conference currently set for August 31, 2010 be vacated and a new status conference is to be scheduled on November 2, 2010 at 9:15 a.m.

    It is further stipulated and agreed between the parties that

1

1 the time under the Speedy Trial Act should be excluded from today's
2 date to November 2, 2010, under Local Code T4, Title 18, United
3 States Code section 3161(h)(7)(B)(iv).  The request for additional
4 time is to give counsel time to investigate the case, and to
5 adequately prepare.

7 Dated: August 27th, 2010
                                     Respectfully submitted,

                                     /s/ Christopher Haydn-Myer
                                     _____
                                     CHRISTOPHER HAYDN-MYER
                                     Attorney for Defendant
                                     Guadalupe Gutierrez

12 DATED: August 27th, 2010           BENJAMIN B. WAGNER
                                     United States Attorney

                                     /S/ Christopher Haydn-Myer for
                                     Jason Hitt
                                     Assistant U.S. Attorney

17                                  **ORDER**

18 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference
19 currently set for August 31, 2010 be vacated and a new status
20 conference is to be scheduled on November 2, 2010 at 9:15 a.m., and
21 that the time under the Speedy Trial Act should be excluded from
22 today's date to November 2, 2010, under Local Code T4, Title 18,
23 United States Code section 3161(h)(7)(B)(iv).

25 Dated: August 27, 2010

                                     _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT