1   HAYDN-MYER LAW CORPORATION
    Christopher Haydn-Myer, Bar #176333
2   1478 Stone Point Drive, Suite 400
    Roseville, California 95678
3   Telephone: (916) 622-1703
    Fax: (916) 760-2767
4   email: chrishaydn@sbcglobal.net

5

    Attorney for Defendant
6   GUADALUPE GUTIERREZ

7

8

9

10                  IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13
    UNITED STATES OF AMERICA,         )   CASE NO. S-08-CR-292
14                                     )
                        Plaintiff,     )   STIPULATION;ORDER
15                                     )
    v.                                 )   Date: November 2, 2010
16                                     )   Time:  9:15 a.m.
    GUADALUPE GUTIERREZ,               )   Judge: Hon. Lawrence K. Karlton
17                                     )
                                       )
18                      Defendant.     )
                                       )
19                                     )
   _____

20

21

22      Defendant, GUADALUPE GUTIERREZ, through Christopher Haydn-Myer,

23   attorney at law, and the United States of America, through Assistant

    U.S. Attorney Jason Hitt, agree as follows:
24
        It is hereby stipulated that the status conference currently set
25
    for November 2, 2010 be vacated and a new status conference is to be
26
    scheduled on December 14, 2010 at 9:15 a.m.
27
        It is further stipulated and agreed between the parties that
28

                                    1

the time under the Speedy Trial Act should be excluded from today's date to December 14th, 2010, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).  The request for additional time is to give counsel time to reach a resolution.


Dated: <u>October 28th, 2010</u>

                                    Respectfully submitted,

                                    /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    Guadalupe Gutierrez

DATED: <u>October 28th, 2010</u>          BENJAMIN B. WAGNER
                                    United States Attorney

                                    <u>/S/ Christopher Haydn-Myer for</u>
                                    Jason Hitt
                                    Assistant U.S. Attorney



                               **<u>ORDER</u>**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for November 2, 2010 be vacated and a new status conference is to be scheduled on December 14th, 2010 at 9:15 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to December 14th, 2010, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).


Dated: October 29, 2010

                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT