HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
GUADALUPE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. S-08-CR-292 |
| ) Plaintiff, ) | STIPULATION;ORDER |
| v. ) | Date: November 2, 2010 |
| ) | Time:  9:15 a.m. |
| GUADALUPE GUTIERREZ, ) | Judge: Hon. Lawrence K. Karlton |
| ) Defendant. ) ) | |

Defendant, GUADALUPE GUTIERREZ, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree as follows:

It is hereby stipulated that the status conference currently set for November 2, 2010 be vacated and a new status conference is to be scheduled on December 14, 2010 at 9:15 a.m.

It is further stipulated and agreed between the parties that

1

1  the time under the Speedy Trial Act should be excluded from today's
2  date to December 14th, 2010, under Local Code T4, Title 18, United
3  States Code section 3161(h)(7)(B)(iv).  The request for additional
4  time is to give counsel time to reach a resolution.

6  Dated: October 28th, 2010
                                      Respectfully submitted,

                                      /s/ Christopher Haydn-Myer
                                      _____
                                      CHRISTOPHER HAYDN-MYER
                                      Attorney for Defendant
                                      Guadalupe Gutierrez

11  DATED: October 28th, 2010         BENJAMIN B. WAGNER
                                      United States Attorney

                                      /S/ Christopher Haydn-Myer for
                                      Jason Hitt
                                      Assistant U.S. Attorney

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for November 2, 2010 be vacated and a new status conference is to be scheduled on December 14th, 2010 at 9:15 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to December 14th, 2010, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).

Dated: October 29, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT