```
HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net


Attorney for Defendant
GUADALUPE GUTIERREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. S-08-CR-292 |
| | ) | |
| Plaintiff, | ) | STIPULATION; ORDER |
| | ) | |
| v. | ) | Date: December 14th, 2010 |
| | ) | Time: 9:15 a.m. |
| GUADALUPE GUTIERREZ, | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Defendant, GUADALUPE GUTIERREZ, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree as follows:

    It is hereby stipulated that the status conference currently set for December 14th, 2010 be vacated and a new status conference is to be scheduled on February 8th, 2011 at 9:15 a.m.

    It is further stipulated and agreed between the parties that

1

1  the time under the Speedy Trial Act should be excluded from today's
2  date to February 8th, 2011, under Local Code T4, Title 18, United
3  States Code section 3161(h)(7)(B)(iv).  The request for additional
4  time is to give counsel time to reach a resolution.

6  Dated: <u>December 9th, 2010</u>

                                    Respectfully submitted,

                                    /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    Guadalupe Gutierrez

11 DATED: <u>December 9th, 2010</u>       BENJAMIN B. WAGNER
                                    United States Attorney

                                    <u>/S/ Christopher Haydn-Myer for</u>
                                    Jason Hitt
                                    Assistant U.S. Attorney

16                                **ORDER**

17 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference
18 currently set for December 14th, 2010 be vacated and a new status
19 conference is to be scheduled on February 8th, 2011 at 9:15 a.m., and
20 that the time under the Speedy Trial Act should be excluded from
21 today's date to February 8th, 2011, under Local Code T4, Title 18,
22 United States Code section 3161(h)(7)(B)(iv).

24 Dated: December 13, 2010

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT