HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
GUADALUPE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S-08-CR-292 |
|---|---|---|
| Plaintiff, | ) | STIPULATION; ORDER |
| v. | ) | Date: March 8, 2011 |
|  | ) | Time: 9:15 a.m. |
| GUADALUPE GUTIERREZ, | ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |  |

Defendant, GUADALUPE GUTIERREZ, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree as follows:

It is hereby stipulated that the status conference currently set for March 8th, 2011 be vacated and a new status conference is to be scheduled on April 26th, 2011 at 9:15 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to April 26th, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv). The request for additional time is to give counsel time to complete a plea agreement and reach a resolution.

1

Dated: <u>March 7th, 2011</u>

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Guadalupe Gutierrez

DATED: <u>March 7th, 2011</u>

BENJAMIN B. WAGNER
United States Attorney

<u>/S/ Christopher Haydn-Myer for</u>
Jason Hitt
Assistant U.S. Attorney

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for March 8th, 2011 be vacated and a new status conference is to be scheduled on April 26th, 2011 at 9:15 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to April 26th, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).

Dated: March 7, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2