1 | HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
2 | 1478 Stone Point Drive, Suite 400
Roseville, California 95678
3 | Telephone: (916) 622-1703
Fax: (916) 760-2767
4 | email: chrishaydn@sbcglobal.net

5 | Attorney for Defendant
GUADALUPE GUTIERREZ

6

7 |                IN THE UNITED STATES DISTRICT COURT

8 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )  CASE NO. S-08-CR-292
                                    )
11 |               Plaintiff,        )  STIPULATION;ORDER
                                    )
12 | v.                              )  Date:  April 26th, 2011
                                    )  Time:  9:15 a.m.
13 | GUADALUPE GUTIERREZ,            )  Judge: Hon. Lawrence K. Karlton
                                    )
14 |                                 )
              Defendant.            )
15 |                                 )
                                    )
16

17 |     Defendant, GUADALUPE GUTIERREZ, through Christopher Haydn-Myer,

18 | attorney at law, and the United States of America, through Assistant

19 | U.S. Attorney Jason Hitt, agree as follows:

20 |     It is hereby stipulated that the status conference currently set

21 | for April 26, 2011 be vacated and a new status conference is to be

22 | scheduled on June 21, 2011 at 9:15 a.m.

23 |     It is further stipulated and agreed between the parties that the

24 | time under the Speedy Trial Act should be excluded from today's date

25 | to June 21st, 2011, under Local Code T4, Title 18, United States Code

26 | section 3161(h)(7)(B)(iv).  Defense counsel is currently in a double

27 | homicide in state court, and the parties are still trying to reach a

28 | resolution.

1

1

2   Dated: <u>April 21st, 2011</u>

                                    Respectfully submitted,
3
                                    /s/ Christopher Haydn-Myer
4                                   _____
                                    CHRISTOPHER HAYDN-MYER
5                                   Attorney for Defendant
                                    Guadalupe Gutierrez
6

7   DATED: <u>April 21st, 2011</u>        BENJAMIN B. WAGNER
                                    United States Attorney
8
                                    <u>/S/ Christopher Haydn-Myer for</u>
9                                   Jason Hitt
                                    Assistant U.S. Attorney
10

11

12                          **ORDER**

13      FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference

14  currently set for April 26, 2011 be vacated and a new status

15  conference is to be scheduled on June 21, 2011 at 9:15 a.m., and that

16  the time under the Speedy Trial Act should be excluded from today's

17  date to June 21, 2011, under Local Code T4, Title 18, United States

18  Code section 3161(h)(7)(B)(iv).

19

20  Dated: April 22, 2011

21                                  _____
                                    LAWRENCE K. KARLTON
22                                  SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
23

24

25

26

27

28