BENJAMIN B. WAGNER
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-0292 LKK |
| Plaintiff, | ORDER FOLLOWING STATUS CONFERENCE |
| v. | EXCLUDING TIME |
| GUADALUPE GUTIERREZ, | |
| Defendant. | |

　　　This matter came on for a status conference on June 21, 2011, at 9:15 a.m.  Assistant United States Attorney Michelle Prince appeared on behalf of the United States of America and appointed counsel Christopher Haydn-Myer, Esq., appeared on behalf of defendant Guadalupe GUTIERREZ.  The defendant was present out of custody.

　　　Counsel for the defendant indicated that additional time was needed to pursue resolution of the case against Mr. GUTIERREZ.  Counsel for the government agreed that additional time to resolve the case was needed.  As a result, the parties agreed that a further status would be appropriate and that time should be excluded under the Speedy Trial Act because the ends of justice are served by the Court excluding such time, and agreed that the interests of justice

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial so that counsel for the defendant may have reasonable time necessary for effective defense in this case, taking into account the exercise of due diligence the in the interests of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

Therefore, based upon the representations of the parties at the June 21, 2011 status conference, IT IS HEREBY ORDERED that:

(1)  A further status conference in this case is set for July 12, 2011, at 9:15 a.m.; and

(2)  Time is excluded under the Speedy Trial Act up to, and including, July 12, 2011, at 9:15 a.m. because the interests of justice are served by granting this continuance and outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

DATED: June 24, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT