HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
GUADALUPE GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>GUADALUPE GUTIERREZ,<br><br>  Defendant. | CASE NO. S-08-CR-292<br><br>STIPULATION and ORDER EXONERATING BOND<br><br>Judge: Hon. Lawrence K. Karlton |

    Defendant, GUADALUPE GUTIERREZ, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree as follows:

    Mr. GUTIERREZ was released on a $100,000.00 appearance bond secured by a deed of trust. The bond was secured with real property located at 1556 Ironside Drive, Modesto, California. Mr. GUTIERREZ has pled guilty, and he was sentenced.

    Accordingly, the surety for the defendant's bail bond is entitled to the release of the home title, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title forthwith, and that the bond be exonerated.

///

///

///

1

Dated: December 20, 2012

                                                  Respectfully submitted,

                                                  /s/ Christopher Haydn-Myer
                                                  _____
                                                  CHRISTOPHER HAYDN-MYER
                                                  Attorney for Defendant
                                                  Guadalupe Gutierrez

DATED: December 20, 2012

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /S/ Christopher Haydn-Myer for
                                                  Jason Hitt
                                                  Assistant U.S. Attorney

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: January 7, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT